**Fill in this information to identify the case:**

Debtor name: 984-988 Greene Avenue Housing Development Fund Corporation

United States Bankruptcy Court for the: Eastern District of NY
(State)

Case number (If known): 19-40823 (CEC)

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NYC Water Board<br>PO Box 11863<br>Newark, NJ 07101-8163 | 718-595-7000 | Trade debt | | | | $283,629.78 |
| 2 | NYC Department of Finance<br>100 Gold Street<br>New York, NY 10038 | | Taxes | | | | $279,027.16 |
| 3 | NYC Department of Finance<br>100 Gold Street<br>New York, NY 10038 | | Taxes | | | | $19,942.47 |
| 4 | County Oil Company Inc.<br>65 South 11th Street, Suite 1E<br>Brooklyn, NY 11249 | (718) 626-7000<br>Carolina Loaiza | Trade debt | | | | $11,935.50 |
| 5 | Home Depot Credit Service<br>PO Box 9055<br>Des Moines, Iowa 50368 | 800-494-1946 | Trade debt | | | | $9,552.46 |
| 6 | Borinquen Exterminating Company Inc.<br>435 Fort Washigton Avenue, Suite 2H<br>New York, NY 10033 | 212-927-5044 | Trade debt | | | | $9,459.00 |
| 7 | J. Alam Home Improvement, Inc.<br>230 Ocean Parkway, Apt D8<br>Brooklyn, NY 11218 | Mohammed  J Alam<br>718-756-1800 | Trade debt | | | | $9,000.00 |
| 8 | Falcon Power Installers<br>953 E. 85th Street<br>Brooklyn, NY 11236 | Ziad<br>(954) 305-3448 | Trade debt | | | | $7,280.76 |

Debtor  984-988 Greene Avenue Housing Development Fund Corporation    Case number (*if known*) 19-40823 (CEC)
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 S.D.L. Appliance Repair Service<br>727 Schenck Avenue<br>Brooklyn, NY 11207 | Anita<br>(718) 927-1849 | Trade debt | | | | $6,006.28 |
| 10 NYC Commissioner of Finance<br>P.O. Box 2307<br>New York NY 10272 | | Taxes | | | | $4,425.82 |
| 11 NEBHDCo<br>132 Ralph Ave.<br>Brooklyn, NY 11233 | 718-453-9490 | Contract arrears | | | | $3,098.52 |
| 12 ConEdison<br>JAF Station<br>P.O. Box 138<br>New York, NY 102766-0138 | 800-758-2481 | Trade debt | | | | $2,421.80 |
| 13 Eldon V. Lessie<br>292 Midwood Street, B5<br>Brooklyn, NY 11225 | Eldon Lessie 917-714-2442 | Trade debt | | | | $890.00 |
| 14 NYC Fire Department<br>Church Street Station<br>P.O. Box 840<br>New York, NY 10008-840 | | Trade debt | | | | $405.00 |
| 15 Advantage Wholesale Supply<br>172 Empire Boulevard<br>Brooklyn, NY 11225 | Isaac Kleinman<br>718-534-4509 | Trade debt | | | | $299.30 |
| 16 Mobilink Wireless<br>73-02 Northern Blvd.<br>Jackson Heights, NY 11372 | 718-899-7900 | Trade debt | | | | $145.82 |
| 17 BXTERMINATOR<br>625 Southern Boulevard,<br>Suite 1A Bronx, NY 10455 | Joseph Cordero, Owner<br>Cell: 917-355-2954 | Trade debt | | | | $140.00 |
| 18 Sperber Denenberg & Kahan, P.C.<br>48 West 37th Street, 16th Fl.<br>New York, NY 10018 | Ian Speber<br>917-351-1335 | Professional services | | | | $125.00 |
| 19 | | | | | | |
| 20 | | | | | | |